WALLACE H. REEDER et al., Respondents, *v.* BOARD OF EDUCATION OF THE CITY OF NEW YORK, Appellant.

Argued April 9, 1943; decided May 27, 1943.

*Thomas D. Thacher, Corporation Counsel* (*Paxton Blair* and *Charles F. Murphy* of counsel), for appellant.

*Francis J. Nicosia, Hillard Schulberg* and *Anthony Bocco* for respondents.

Judgment affirmed, with costs; no opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, RIPPEY, LEWIS, CONWAY and DESMOND, JJ. Taking no part: FINCH, J.